UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Thompson,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Bank of America, et al.,<br><br>　　　　Defendants. | Civil Action No. 10-3009 (SRC)(MAS)<br><br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court for an in-person settlement conference on July 18, 2011; and for good cause shown,

IT IS on this **19th** day of **July, 2011**,

**ORDERED THAT:**

1. Expert depositions shall be completed by **7/29/11**.

2. Summary Judgment motions shall be filed according to the following briefing schedule:
   a. Moving papers shall be filed by **8/29/11**;
   b. Any and all opposition papers shall be filed by **9/14/11**; and
   c. Any and all reply papers shall be filed by **9/21/11**.

3. **FAILURE TO FOLLOW THIS ORDER MAY RESULT IN SANCTIONS PURSUANT TO Fed. R. Civ. P. 16(f) and 37.**

　　　　　　　　　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　**Honorable Michael A. Shipp**
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**